■ MARGARET G. PHILLIPS, Respondent, v MANDERSON PHILLIPS, Appel-

lant.—Appeal from an order of the Supreme Court at Special Term, entered December 5, 1978 in Franklin County, which interpreted and enforced certain stipulations of settlement of a divorce action. Order affirmed, with costs, on the opinion of Mr. Justice George W. Marthen. Greenblott, J. P., Sweeney, Kane, Mikoll and Herlihy, JJ., concur.